# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERITAN GUNES,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00080-JLT-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 6, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On January 7, 2026, the assigned district judge denied the motion for TRO as untimely, but given "that Petitioner raises a serious question as to the process she is due," the Court converted the motion for TRO "to one seeking a preliminary injunction and refer[red] the matter to the assigned magistrate judge to address as quickly as possible." (ECF No. 6.)

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a response to the motion for preliminary injunction; and

///

1

2. Within ten (10) days of the date of service of Respondents' response, Petitioner MAY FILE a reply.

IT IS SO ORDERED.

Dated: **January 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge